UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLO NETWORK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HELLO AND HOLA MEDIA, INC., et al.,<br><br>Defendants. | Case No.  15-cv-03838-JST<br><br>**SCHEDULING ORDER** |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | February 1, 2016 |
| Fact discovery cut-off | May 31, 2016 |
| Expert disclosures | June 30, 2016 |
| Expert rebuttal | July 29, 2016 |
| Expert discovery cut-off | August 19, 2016 |
| Deadline to file dispositive and *Daubert* motions | October 6, 2016 |
| Oppositions to dispositive and *Daubert* motions | November 3, 2016 |
| Reply briefs in support of dispositive and *Daubert* motions | November 17, 2016 |
| Hearing date on dispositive and *Daubert* motions | December 1, 2016 |
| Pretrial conference statement due | January 3, 2017 |

| Event | Deadline |
|---|---|
| Pretrial conference | January 13, 2017 at 2:00 p.m. |
| Trial | February 6, 2017 at 8:30 a.m. |
| Estimate of trial length (in days) | Eight |

The Court will refer the case to Magistrate Judge Jacqueline Corley for settlement by separate order.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

For the most part, the parties proposed these dates, and they should assume that the Court will enforce them. Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: December 21, 2015

_____
JON S. TIGAR
United States District Judge

2