UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HELLO NETWORK, INC.,

    Plaintiff,

v.

HELLO AND HOLA MEDIA, INC., et al.,

    Defendants.

Case No. 15-cv-03838-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 43

    The parties have filed a stipulation of dismissal dated April 28, 2016, stating that they agree to dismiss this action without prejudice and each party shall bear its own costs and fees. ECF No. 43. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    This case has been dismissed without prejudice. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: April 28, 2016

JON S. TIGAR  
United States District Judge